IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL PEREZ,

    Plaintiff,

vs.                                           CASE NO. 4:07CV542-MP/AK

ARAMARK, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended pleading by Order dated March 20, 2008, (doc. 15), and was granted an extension of time through August 6, 2008. (Doc. 17). The Order was returned as undeliverable, and no additional address was located in the Florida Department of Corrections data bank. An Order to Show Cause was mailed to the last known address directing a response on or before October 31, 2008, which was not returned, but no response has been filed either.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not complied with two orders of the Court (docs. 17 and 19), or otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **10**$^{th}$ day of February, 2009.

>   *s/ A. KORNBLUM*
>   **ALLAN KORNBLUM**
>   **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**