IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL PEREZ,

    Plaintiff,

v.        CASE NO. 4:07-cv-00542-MP-AK

ARAMARK INCORPORATED, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Plaintiff has failed to keep the Court advised as to his address and has failed to follow orders of the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This matter is dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *30th*  day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge